**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Daniel Hill,**

**Plaintiff,**

v.

**CBS Broadcasting, Inc.,**
**f/k/a CBS, Inc., d/b/a WCCO Radio 830**
**a New York corporation**

**Defendant.**

**Civil No. 01-1081 (DWF/SRN)**

**ORDER**

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated September 18, 2001. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

Plaintiff's Motion for Remand (Doc. No. 5) is denied.

DATED: October 17, 2001.

Judge Donovan W. Frank
United States District Court Judge

FILED OCT 17 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________