EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 01-CV-1081 DWF/SRN

---

Daniel S. Hill,

Plaintiff,

vs.

CBS Broadcasting, Inc., f/k/a CBS, Inc., d/b/a WCCO Radio 830, a New York corporation,

Defendant.

---

STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS TO ANY PARTY AND ORDER

STIPULATION

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Daniel S. Hill, through his counsel, and by Defendant CBS Broadcasting, Inc., f/k/a CBS, Inc., d/b/a WCCO Radio 830, a New York corporation, through its counsel, that the above-captioned action may and shall be dismissed in its entirety on the merits, with prejudice and without costs (including but not limited to: any statutory costs; attorneys' fees; and/or disbursements) to any party.

Dated: 6/17, 2002.

M. GREGORY SIMPSON

[signature]

On Behalf of:
M. Gregory Simpson, #204560;
M. Gregory Simpson, P.A., and
Siegel, Brill, Greupner, Duffy & Foster, P.A.
100 Washington Avenue South
Minneapolis, MN 55401
Telephone: 612-339-7131
Attorneys for Plaintiff



FILED 7-10-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 7-10-02
DEPUTY CLERK

Dated: July 8, 2002.

FLYNN, GASKINS & BENNETT, LLP

Karen Reierson

Barbara Jean D'Aquila, #2112X
Karen Reierson, #231083
Suite 2900
333 South Seventh Street
Minneapolis, MN 55402
Telephone: 612-333-9500
Attorneys for Defendant

ORDER

It having been brought to the Court's attention the fact that all parties agree to dismiss this action in its entirety with prejudice and without costs (including but not limited to: any statutory costs; attorneys' fees; and/or disbursements) to any party,

IT IS HEREBY ORDERED THAT this action is dismissed in its entirety with prejudice and without costs (including but not limited to: any statutory costs; attorneys' fees; and/or disbursements) to any party.

LET JUDGMENT OF DISMISSAL WITH PREJUDICE BE ENTERED ACCORDINGLY.

DATED: July 10, 2002.

BY THE COURT: